IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Allegheny County                             :
Department of Public Works,                  :
                    Petitioner               :
                                             :
        v.                                   :
                                             :
Commonwealth of Pennsylvania,                :        No. 473  F.R. 2015
                    Respondent               :

O R D E R

AND NOW, this 5th day of December, 2019, IT IS HEREBY ORDERED that the above-captioned opinion filed October 24, 2019, shall be designated OPINION rather than MEMORANDUM OPINION and it shall be reported.

_____
CHRISTINE FIZZANO CANNON, Judge